```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 00456
    CLARA J PIERCE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9700


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/19/2006 and was confirmed 03/30/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.44% from remaining funds.

    The case was dismissed after confirmation 05/01/2008.
------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  FILED LATE     11861.72            .00              .00
INTERNAL REVENUE SERVICE  FILED LATE       245.11            .00              .00
AMERICASH LOANS LLC       UNSECURED       2297.33            .00           486.93
AMERICASH LOANS LLC       UNSECURED        559.43            .00           118.58
CAVALRY PORTFOLIO SERVIC  UNSECURED       4509.34            .00           955.78
CBCS                      UNSECURED       NOT FILED          .00              .00
ARMOR SYSTEMS CORP        UNSECURED       NOT FILED          .00              .00
BLITT & GAINES            UNSECURED       NOT FILED          .00              .00
CAPITAL ONE               UNSECURED       1929.70            .00           409.02
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00              .00
DENTAL TOUCH              UNSECURED       NOT FILED          .00              .00
DEPENDON COLLECTION SERV  UNSECURED       NOT FILED          .00              .00
DEVON FINANCIAL SERVICE   UNSECURED        285.66            .00            46.67
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED          .00              .00
ECAST SETTLEMENT CORP     UNSECURED        714.70            .00           151.49
ILLINOIS BONE & JOINT IN  UNSECURED       NOT FILED          .00              .00
SIR FINANCE               UNSECURED       1224.00            .00           259.44
MAGES & PRICE             UNSECURED       NOT FILED          .00              .00
MED REV REC               UNSECURED       NOT FILED          .00              .00
MONEY CONTROL INC         UNSECURED       NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED       1059.07            .00           224.48
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED          .00              .00
ST FRANCIS HOSPITAL-EVAN  UNSECURED       NOT FILED          .00              .00
ST FRANCIS HOSPITAL-EVAN  UNSECURED       NOT FILED          .00              .00
SALLIE MAE                UNSECURED       NOT FILED          .00              .00
SBC                       UNSECURED        481.33            .00           102.03
THE BUREAUS               UNSECURED       NOT FILED          .00              .00
RJM AQUISITIONS FUNDING   UNSECURED         45.55            .00             4.56
SBC                       UNSECURED        186.47            .00            36.52
COMCAST                   UNSECURED       NOT FILED          .00              .00
CROSSCHECK                UNSECURED       1200.00            .00           254.35
ROUNDUP FUNDING LLC       UNSECURED       1303.65            .00           276.33

                    PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00456 CLARA J PIERCE
```

```
ROUNDUP FUNDING LLC      UNSECURED           197.88            .00          35.56
SCOT MAYO                UNSECURED           824.88            .00         174.84
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,646.20                       2,646.20
TOM VAUGHN               TRUSTEE                                            386.39
DEBTOR REFUND            REFUND                                             620.83

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  7,190.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                       3,536.58
ADMINISTRATIVE                                  2,646.20
TRUSTEE COMPENSATION                              386.39
DEBTOR REFUND                                     620.83
                        ---------------    ---------------
TOTALS                   7,190.00               7,190.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 08/26/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE